EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

ELLIOT ENOKI #1528
First Assistant U.S. Attorney

RONALD G. JOHNSON #4532
EDRIC M. CHING #6697
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 3 2003

at __ o'clock and __ min. __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR03 00121 HG |
| Plaintiff, | ) | |
| | ) | INDICTMENT |
| vs. | ) | |
| | ) | [18 U.S.C. §§ 922(g)(3); |
| JOBY S. NORTH, II, | ) | 924(a)(2)] |
| | ) | |
| Defendant. | ) | |

INDICTMENT

COUNT 1

[18 U.S.C. §922(g)(3); 18 U.S.C. §924(a)(2)]

The Grand Jury charges:

On or about May 25, 2001, in the District of Hawaii, the defendant, JOBY S. NORTH, II, then being an unlawful user of a controlled substance as defined in Title 21, United States Code



SEALED
BY ORDER OF THE COURT

§802, did knowingly possess in and affecting commerce, firearms, to wit, 1) a Smith and Wesson .357 magnum caliber six shot revolver, serial number BDF1732 and 2) a Mossberg .12 gauge pump action shotgun, serial number L417127. All in violation of Title 18, United States Code, §§ 922(g)(3) and 924(a)(2).

### COUNT 2

[18 U.S.C. §922(g)(3); 18 U.S.C. §924(a)(2)]

The Grand Jury further charges:

On or about May 25, 2001, in the District of Hawaii, the defendant, JOBY S. NORTH, II, being an unlawful user of a controlled substance as defined in Title 21, United States Code §802, did knowingly possess in and affecting commerce, ammunition, to wit, forty-three rounds of .357 magnum caliber

//
//
//
//
//
//
//
//
//
//

ammunition.  All in violation of Title 18, United States Code, §§ 922(g)(3) and 924(a)(2).

DATED: March 13, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant United States Attorney

_____
EDRIC M. CHING
Assistant United States Attorney

3