EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crime Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-00121 HG |
| Plaintiff, ) | **ORDER FOR DISMISSAL** |
| vs. ) | |
| JOBY S. NORTH, II, ) | |
| Defendant. ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against JOBY S. NORTH, II in the interests of justice.

The defendant is not in custody on the dismissed charge listed above.

DATED: Honolulu, Hawaii, January 21, 2004.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By _____
EDRIC M. CHING
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

_____
HELEN GILLMOR
UNITED STATES DISTRICT JUDGE

U.S.A. v. Joby S. North, II
CR. NO. 03-00121 HG
"Order for Dismissal"